# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3582

_____

Cliff Ambrose, Jr.,         *
                   *
         Appellant,     *    Appeal from the United States
                   *    District Court for the Southern
    v.                  *    District of Iowa.
                   *
William Angrick, II,      *        [UNPUBLISHED]
                   *
         Appellee.      *

_____

Submitted: September 25, 2009
Filed: September 30, 2009

_____

Before BYE, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Cliff Ambrose appeals from the District Court's[1] dismissal of his civil rights action. After <u>de novo</u> review, <u>see</u> <u>Strand v. Diversified Collection Serv., Inc.</u>, 380 F.3d 316, 317 (8th Cir. 2004), we find no basis for reversal. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B. We also deny the pending motions.

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.